IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NASON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 04-2613 SI<br>    CR 95-319 SI<br><br>**ORDER DENYING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |

On January 29, 2007, petitioner filed a notice of appeal of Judge Breyer's January 12, 2007 order denying a motion to disqualify, and a December 6, 2006 order denying petitioner's motion to supplement an unsuccessful Rule 60(b) motion. On January 30, 2007, petitioner filed an application to proceed *in forma pauperis* on appeal.

The Court has reviewed the record and determines that the appeal is not taken in good faith. Accordingly, pursuant to 28 U.S.C. § 1915(a)(3), the Court DENIES the application to proceed *in forma pauperis* on appeal. (Docket No. 1544).

**IT IS SO ORDERED.**

Dated: February 6, 2007

                                                SUSAN ILLSTON<br>
                                              United States District Judge