IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NASON,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent.<br>                                                      / | No. C 04-2613 SI<br>     CR 95-319 SI<br><br>**CORRECTED ORDER DENYING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |

On January 29, 2007, petitioner filed a notice of appeal of three orders: (1) the November 29, 2006 order denying petitioner's Rule 60(b) motion; (2) the December 6, 2006 order denying petitioner's motion to supplement the unsuccessful Rule 60(b) motion; and (3) Judge Breyer's January 12, 2007 order denying a motion to disqualify. On January 30, 2007, petitioner filed an application to proceed *in forma pauperis* on appeal.

The Court has reviewed the record and determines that the appeal is not taken in good faith. Accordingly, pursuant to 28 U.S.C. § 1915(a)(3), the Court DENIES the application to proceed *in forma pauperis* on appeal. (Docket No. 1544).

**IT IS SO ORDERED.**

Dated: February 6, 2007

                                                              _____
                                                              SUSAN ILLSTON
                                                              United States District Judge