1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   FRANK NASON,                           No. C 04-2613 SI
                                           CR 95-319 SI
9              Petitioner,
                                           **ORDER   DENYING   PETITIONER'S**
10     v.                                  **APPLICATION TO PROCEED** *IN FORMA*
                                           *PAUPERIS* **ON APPEAL**
11  UNITED STATES OF AMERICA,

12             Respondent.
                                        /
13

14         On January 29, 2007, petitioner filed a notice of appeal of Judge Breyer's January 12, 2007 order

15  denying a motion to disqualify, and a December 6, 2006 order denying petitioner's motion to

16  supplement an unsuccessful Rule 60(b) motion.  On January 30, 2007, petitioner filed an application

17  to proceed *in forma pauperis* on appeal.

18         The Court has reviewed the record and determines that the appeal is not taken in good faith.

19  Accordingly, pursuant to 28 U.S.C. § 1915(a)(3), the Court DENIES the application to proceed *in forma*

20  *pauperis* on appeal.  (Docket No. 1544).

21

22         **IT IS SO ORDERED.**

23

24  Dated: February 6, 2007            _____
                                       SUSAN ILLSTON
25                                     United States District Judge

26

27

28

**United States District Court**
For the Northern District of California