IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK NASON,

        Petitioner,

  v.

UNITED STATES OF AMERICA,

        Respondent.
                                    /

No. C 04-2613 SI
CR 95-319 SI

**ORDER DENYING MOTIONS WITHOUT PREJUDICE; STAYING PROCEEDINGS**

      By order filed August 22, 2005, the Court denied petitioner's motion for relief under 28 U.S.C. § 2255. By order filed November 29, 2006, the Court denied petitioner's Rule 60(b) motion for relief from judgment, and by order filed December 6, 2006, the Court denied petitioner's motion for leave to supplement the Rule 60(b) motion. In an order filed February 5, 2007, the Court denied additional motions filed by petitioner, and instructed petitioner not to file any further documents in this closed case.

      Since the February 5, 2007 order, petitioner has continued to file motions and other documents in this case. Petitioner has also filed a motion requesting the Court to vacate the portion of the February 5, 2007 order precluding further filings. Petitioner's filings relate, in part, to matters involving petitioner's co-defendant, Walter Rausini. The Court notes that Mr. Rausini's 28 U.S.C. § 2255 proceeding has been stayed pending resolution of matters in Mr. Rausini's criminal case upon remand from the Ninth Circuit. In light of these proceedings, the Court finds it prudent to accept the documents filed by petitioner since February 5, 2007, and directs the Clerk to deem those documents filed. The Court also STAYS all further proceedings in this case pending resolution of Mr. Rausini's cases.

      Accordingly, the Court DENIES WITHOUT PREJUDICE TO RENEWAL petitioner's various

motions for relief.  (Docket Nos. 1608, 1639, 1640, 1656, 1684, 1688 & 1689).  <u>Petitioner is directed not to file any further documents during the pendency of the stay</u>.  Once matters in the Rausini cases are resolved, the Court will lift the stay in this case and determine what further proceedings, if any, are necessary in this case.

**IT IS SO ORDERED.**

Dated: February 11, 2009

SUSAN ILLSTON
United States District Judge