UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANK NASON,<br><br>   Defendant. | Case No. 95-cr-00319-SI<br><br>Case No. 04-cv-2613- SI<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL AND MOTION TO LIFT STAY**<br><br>Re: Dkt. Nos. 1909, 1910 |

By order filed February 11, 2009, the Court stayed further post-conviction proceedings with regard to petitioner Frank Nason pending the resolution related Rule 35 proceedings involving co-defendant Walter Rausini. Dkt. No. 1690. The order prohibited petitioner from filing further *pro se* documents during the pendency of the stay. *Id.*

On March 10, 2015, petitioner filed a motion to substitute attorney David Nickerson as counsel, and also filed a motion seeking to lift the stay. Dkt. Nos. 1909, 1910. The motion to lift the stay states that although Rausini's Rule 35 proceedings have not yet been fully resolved,[1] all of the evidence relevant to Nason's § 2255 claims has now been elicited from the Rule 35 proceedings and there is no need for a further stay. Petitioner now wishes to file an amended motion challenging his sentence under 28 U.S.C. § 2255. *See id.* at 25. The government does not oppose petitioner's request to lift the stay, although it has expressed its view that petitioner's claims are untimely and without merit. Dkt. No. 1913, at 1-2.

The Court GRANTS petitioner's motion to substitute counsel and GRANTS petitioner's motion to lift the stay. Petitioner may file, through his counsel, an amended § 2255 motion. The

---

[1] Rausini's Rule 35 proceedings have been protracted, and are currently on appeal for a third time before the Ninth Circuit.

Court expresses no view at this time regarding the timeliness or merits of petitioner's claims. Counsel are directed to meet and confer regarding a briefing schedule and to file a stipulation and proposed order regarding a schedule for further proceedings by **April 24, 2015**.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
SUSAN ILLSTON
United States District Judge