UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, Plaintiff, v. FRANK NASON, Defendant. | Case No. 95-cr-00319-SI-1<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DISCLOSURE TO COUNSEL OF DOCUMENTS FILED UNDER SEAL**<br><br>Re: Dkt. No. 1918 |
|---|---|

On September 28, 2015, counsel for defendant/petitioner Frank Nason filed a motion for an order directing the government to disclose to counsel for Nason pleadings filed under seal in co-defendant Pierre Rausini's Rule 35 proceedings in 2013.[1] Judge Chesney presided over those Rule 35 proceedings. Defense counsel states that the under seal pleadings are relevant to Nason's pending motion under 28 U.S.C. § 2255.

The Court finds that because Judge Chesney granted the motions to file under seal the pleadings at issue, defense counsel should seek the order for disclosure from Judge Chesney. Accordingly, the motion for disclosure is DENIED WITHOUT PREJUDICE to renewal before Judge Chesney.

**IT IS SO ORDERED**.

Dated: October 28, 2015

SUSAN ILLSTON
United States District Judge

---

[1] Counsel is reminded to provide chambers copies of all pleadings.