UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK NASON,<br><br>    Defendant. | Case No. 95-cr-00319-SI-1; 3:15-cv-03545 SI<br><br>**JUDGMENT** |

The Court has dismissed the amended motion filed under 28 U.S.C. § 2255. Judgment is hereby entered in favor of the plaintiff/respondent United States of America and against defendant/petitioner Frank Nason.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 21, 2016

_____
SUSAN ILLSTON
United States District Judge