UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK NASON,<br><br>Defendant. | Case No. 95-cr-00319-SI-1<br><br>**ORDER DENYING DEFENDANT FRANK NASON'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 1981 |

Defendant Frank Nason has filed a motion for reconsideration of this Court's April 29, 2020 Order denying his motion for compassionate release. In that order, the Court noted that defendant did not state that he was in poor health, and the Court made a non-binding recommendation to the Bureau of Prisons that Mr. Nason be considered for home confinement. Defendant notes that the number of reported positive COVID-19 cases at FCI Lompoc has significantly increased in recent weeks, and he states that he submitted an administrative request for home confinement to the warden on April 10 and had not received any response as of May 12, 2020.

The Court remains sympathetic to the concerns raised by Mr. Nason regarding the potential for exposure at FCI Lompoc. However, the record does not reflect that defendant is currently "suffering from a serious physical or medical condition . . . that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he . . . is not expected to recover." See U.S.S.G. § 1B1.13 cmt. N.1(A)(ii)(I). Accordingly, defendant's motion is DENIED without prejudice to renewal in the event Mr. Nason's health

significantly deteriorates.

**IT IS SO ORDERED**.

Dated: June 4, 2020

_____
SUSAN ILLSTON
United States District Judge