# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK NASON,<br><br>    Defendant. | Case No. 95-cr-00319-SI-1<br><br>**ORDER GRANTING DEFENDANT FRANK NASON'S MOTION FOR RECONSIDERATION AND GRANTING COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 1992 |

For the reasons set forth in the Court's June 26, 2020 oral Order granting the defendant's Motion For Reconsideration (Dkt. No. 1992), it is hereby ORDERED as follows:

1. Defendant's sentence of imprisonment is modified to time served.

2. Upon Defendant's release, Defendant shall serve the remaining portion of the 300-month term of imprisonment imposed in his original sentence as supervised release at a residence approved by the United States Probation Office ("Probation") and with all of the terms and conditions set forth in the original Judgment.

3. Defendant shall then complete the five-year term of supervised release imposed in the original sentence with all of the terms and conditions set forth in the original Judgment.

4. Defendant shall be released only after all release and travel plans are in place.

**IT IS SO ORDERED**.

Dated: June 29, 2020

SUSAN ILLSTON
United States District Judge