UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FRANK NASON, <br> Defendant. | Case No. 95-cr-00319-SI-1 <br><br> **ORDER DENYING WITHOUT PREJUDICE DEFENDANT FRANK NASON'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** <br><br> Re: Dkt. No. 2028 |

Defendant Frank Nason has filed a *pro se* motion for early termination of supervised release. Mr. Nason is currently residing in Alabama and he is being supervised by the Probation Department of the Southern District of Alabama. Jurisdiction over this case has been transferred to the Southern District of Alabama (Dkt. No. 2021), and thus Mr. Nason should refile his motion in that court in case number 1:21:CR00047-01. The Court denies the motion filed in this Court without prejudice to renewal in the Southern District of Alabama.

**IT IS SO ORDERED**.

Dated: August 16, 2021

SUSAN ILLSTON
United States District Judge